UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

JAMES E. BLY

    Plaintiff,

v().                                                Civil Action No.: 1:17-cv-00043

NAVIENT SOLUTIONS, INC.
      Defendant.

## JOINT NOTICE OF SETTLEMENT

NOW COMES, Plaintiff, James E. Bly, and Defendant, Navient Solutions, LLC (formerly Navient Solutions, Inc.) by and through their respective counsel and respectfully advise the Court that the parties have reached a settlement in the above-titled case. The parties are presently preparing and finalizing the settlement documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 20, 2017.

                                                    Respectfully submitted,

| /s/ Jeffrey R. Sport | /s/ Brian D. Roth |
|---|---|
| Jeffrey R. Sport, Esq. | Brian D. Roth, Esq. |
| Law Office of Jeffrey R. Sport | Sessions, Fishman, Nathan & Israel |
| 3755 Professional Parkway, Suite B | 3850 N. Causeway Blvd., Suite 200 |
| Mobile, AL 36609 | Metairie, LA 70002 |
| Tel:(251) 308-1001 | Tel:(504) 828-3700 |
| Email: jeff.sport@sportlaw.us | Email: broth@sessions.legal |
| Attorneys for Plaintiff, | |
| James E. Bly | |

                Laura C. Nettles, Esq.
                Lloyd, Gray, Whitehead & Monroe, P.C.
                880 Montclair Road, Suite 100
                Birmingham, AL 35213
                Tel: (205) 9678822
                Email: lnettles@lgwmlaw.com
                Attorneys for Defendant,
                Navient Solutions, LLC.