**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JAMES E. BLY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 17-0043-WS-B** |
| ) | |
| **NAVIENT SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

On this date, the parties filed a Joint Notice of Settlement (doc. 27) signed by counsel for both parties.  The Joint Notice confirms that the parties have compromised and settled this matter in its entirety, and that they are in the process of preparing and finalizing settlement documents.

In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his or its own costs, unless otherwise agreed by the parties.


DONE and ORDERED this 20th day of October, 2017.


s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE